**GEORGE SHARP** AND **JAMES N. TUTTLE** *versus* **THOMAS PALMER, FRIEND PALMER, HENRIETTA PALMER,** AND **EMELINE PALMER.**

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Rule to plead, answer, or demur; copy of rule ordered published *p. 255; (2) guardian ad litem appointed *p. 255; (3) demurrer overruled, guardian ad litem appointed, case continued *p. 302; (4) motion to take bill as confessed and for reference to master *p. 325; (5) bill taken as confessed, referred to master *p. 328; (6) motion to confirm master's report and for final decree *p. 343; (7) master's report confirmed, decree *p. 346; (8) decree signed *p. 385.

PAPERS IN FILE: (1) Bill of complaint; (2) security for costs; (3) writ of subpoena and return; (4) affidavit of non-residence; (5) draft of rule to plead, etc.; (6) motion for appointment of a guardian ad litem; (7) demurrer; (8) motion to set demurrer for argument; (9) proof of publication of notice; (10) motion to take bill as confessed and for reference; (11) answer of infant defendants; (12) master's report of amount due; (13) motion to confirm master's report; (14) draft of decree; (15) master's report of sale; (16) copy of decree signed by all of the judges; (17) deed of mortgage— Friend Palmer and Thomas Palmer to George Sharp and James N. Tuttle.

*Chancery Case* 112 of 1828.

**JAMES B. WOOLVERTON** *versus* **HENRY SAUNDERS.**

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Case ordered entered on docket *p. 257; (2) continued under advisement *p. 317; (3) opinion ordered certified *p. 421.

PAPERS IN FILE: (1) Motion to enter case on docket of Supreme Court; (2) transcript of order of circuit court reserving case for Supreme Court; (3) transcript of J. P. record; (4) certificate of J. P.; (5) recognizance on appeal to circuit court; (6) motion in circuit court to quash appeal; (7) copy of rule on J. P. to authenticate recognizance.

*1824–36 Calendar,* MS p. 193.

**HARMON CHAMBERLAIN** *versus* **HORACE JEROME.**

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Case ordered entered of record *p. 258; (2) continued under advisement *p. 317; (3) opinion ordered certified *p. 421.

PAPERS IN FILE: (1) Motion to enter case on docket of Supreme Court; (2) transcript of order of circuit court reserving case for Supreme Court; (3) transcript of J. P. record; (4) certificate of J. P.; (5) recognizance on appeal to circuit court; (6) promissory note; (7) statement of account.

*1824–36 Calendar,* MS p. 194.